**Opinion issued August 23, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————

## NO. 01-12-00696-CR

————

## IN RE KENNETH RAY BROWN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

By petition for writ of mandamus, relator, Kenneth Ray Brown, seeks mandamus relief from the Tenth Court of Appeals's January 21, 1988 judgment affirming his conviction.

We **DENY** the petition for writ of mandamus.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).